# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Rachel St. Germain-Figueras )

)

Rachel St. Germain-Figueras )   Case No. 23-21548-GLT
Debtor/Movant )   Hearing Date   12/19/24 @ 10:00am
)   responses due by 6/27/24
)   Chapter 13
v. )   RAB-1
Ronda Winnecour )   Filed under Local Bankr.
Trustee/Respondent )   Rule 9013.4  6(a)
)

## CERTIFICATE OF NO OBJECTION
## ON THE DEBTOR'S MOTION TO APPOINT SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 11/21/24 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than __12/09/24_.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Date 12/10/24

Respectfully submitted,
Burdelski Law Offices

___/s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire, PA I.D. # 72688
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366 – 1511
Russ@BurdelskiLaw.com