*Rachel St, Germaine-Eyueras* 23 21548-6LT

1505624145

**pennsylvania**
DEPARTMENT OF REVENUE
(EX) MOD 08-24

# REV-1500

### INHERITANCE TAX RETURN
### RESIDENT DECEDENT

| OFFICIAL USE ONLY | | |
|---|---|---|
| County Code | Year | File Number |
| 04 | 24 | 0899 |

## ENTER DECEDENT INFORMATION BELOW

| Social Security Number | Date of Death   MMDDYYYY | Date of Birth   MMDDYYYY | |
|---|---|---|---|
| ███ 1738 | 08 04 2024 | 09 15 1958 | |

| Decedent's Last Name | Suffix | Decedent's First Name | MI |
|---|---|---|---|
| SOMMERVILLE | | TERESA | |

**(If Applicable) Enter Surviving Spouse's Information Below**

| Spouse's Last Name | Spouse's First Name | MI | Last Four Digits of Spouse's SSN |
|---|---|---|---|
| | | | |

### THIS RETURN MUST BE FILED IN DUPLICATE WITH THE
## REGISTER OF WILLS

### TYPE OF RETURN (select only one)

[X] Original Estate Return

[ ] Supplemental Estate Return
(Include only items not previously reported)

[ ] Individual Transferee Return
(Individual reporting non-probate assets separate from the estate; Schedule F and G assets only)

[ ] Remainder Return
(Date of death prior to 12/13/1982)

### FILL IN ALL OVALS THAT APPLY

[ ] 1. Decedent Died Testate (Attach copy of Will)
[ ] 4. Federal Estate Tax Return Required
[ ] 7. Business Assets
[ ] 10. Deferral/Election of Spousal Trust

[ ] 2. Spouse is Sole Beneficiary (With no Trust involved)
[ ] 5. Agricultural Exemption (Date of death after 6/30/2012)
[ ] 8. Decedent Maintained Living Trust (Attach copy of Trust)
[ ] 11. _____ Total Number of Safe Deposit Boxes

[ ] 3. Litigation Proceeds Received
[ ] 6. Family-Owned Business Exemption (Date of death after 6/30/2013)
[ ] 9. Future Interest Compromise (Date of death after 12/12/1982)

| Name | Daytime Telephone Number |
|---|---|
| STEVEN T CASKER ESQ | 724 452 5020 |

First Line of Address

207 E GRANDVIEW AVENUE

Second Line of Address

| City or Post Office | State | Zip Code |
|---|---|---|
| ZELIENOPLE | PA | 16063 |

Correspondent's email address: scasker@lopecasker.com

```
REGISTER OF WILLS USE ONLY




DATE FILED STAMP
```

### PLEASE USE ORIGINAL FORM ONLY

| REGISTER OF WILLS USE ONLY |
|---|
| DATE FILED MMDDYYYY |
| | | | | | | | |

‖‖‖ 1505624145

1505624145

**PAGE 1**

REV-1500 (EX) MOD 08-24

| | Decedent's Social Security Number |
|---|---|
| Decedent's Name: **Sommerville, Teresa** | ▆▆▆ 1738 |

**RECAPITULATION**

| | | |
|---|---|---|
| 1. Real Estate (Schedule A).................................................................... | 1. | 208,033.37 |
| 2. Stocks and Bonds (Schedule B)........................................................ | 2. | |
| 3. Closely Held Corporation, Partnership, or Sole-Proprietorship (Schedule C)........ | 3. | |
| 4. Mortgages and Notes Receivable (Schedule D).......................................... | 4. | |
| 5. Cash, Bank Deposits, and Miscellaneous Personal Property (Schedule E) ......... | 5. | 44,224.00 |
| 6. Jointly Owned Property (Schedule F) ☐ Separate Billing Requested............ | 6. | 11,535.00 |
| 7. Inter-Vivos Transfers & Miscellaneous Non-Probate Property (Schedule G) ☐ Separate Billing Requested............ | 7. | |
| 8. **Total Gross Assets** (total Lines 1 through 7)........................................ | 8. | 263,792.37 |
| 9. Funeral Expenses and Administrative Costs (Schedule H)............................. | 9. | 25,558.00 |
| 10. Debts of Decedent, Mortgage Liabilities, and Liens (Schedule I)........................ | 10. | 32,662.00 |
| 11. **Total Deductions** (total Lines 9 and 10).............................................. | 11. | 58,220.00 |
| 12. **Net Value of Estate** (Line 8 minus Line 11).......................................... | 12. | 205,572.37 |
| 13. Charitable and Governmental Bequests/Sec 2113 Trusts for which an election to tax has not been made (Schedule J)............................ | 13. | |
| 14. **Net Value Subject to Tax** (Line 12 minus Line 13)............................. | 14. | 205,572.37 |

**TAX CALCULATION - SEE INSTRUCTIONS FOR APPLICABLE RATES**

| | | | | |
|---|---|---|---|---|
| 15. Amount of Line 14 taxable at the spousal tax rate, or transfers under Sec. 2116 (a)(1.2) or (1.4) | 0.00 x .00 | 15. | | 0.00 |
| 16. Amount of Line 14 taxable at lineal rate | 205,572.37 x .045 | 16. | | 9,250.76 |
| 17. Amount of Line 14 taxable at sibling rate | 0.00 x .12 | 17. | | 0.00 |
| 18. Amount of Line 14 taxable at collateral rate | 0.00 x .15 | 18. | | 0.00 |
| 19. **TAX DUE**............................................................................. | | 19. | | 9,250.76 |

Under penalties of perjury, I declare I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer other than the person responsible for filing the return is based on all information of which preparer has any knowledge.

SIGNATURE OF PERSON RESPONSIBLE FOR FILING RETURN   **Rachel Figueras**   *[signature]*   DATE 1/20/26

ADDRESS
**1802 Pointe View Drive, Mars, PA  16046**

SIGNATURE OF PREPARER OTHER THAN PERSON RESPONSIBLE FOR FILING THE RETURN   Steven T. Casker Esq.   *[signature]*   DATE 1-20-26

ADDRESS
**207 E. Grandview Avenue. Zelienople, PA  16063**

1505624245                    1505624245

REV-1500 (EX) MOD 08-24

1505624345

File Number    04-24-0899

## DECEDENT'S COMPLETE ADDRESS

Decedent's Name
**Sommerville, Teresa**

Street Address
**124 Zeigler Road**

| City | State | ZIP Code |
|---|---|---|
| **Rochester** | **PA** | **15074** |

## TAX PAYMENTS AND CREDITS

1. Tax Due (Page 2, Line 19) — 1. — 9,250.76
2. Prior Payments - Enter total payment amount on Line 2.
   (List each receipt number for prior payments)

   Receipt 1  BV 036120

   Receipt 2  BV 036121

   Receipt 3

   Receipt 4 — Total Amount Paid 2. — 13,852.85
   (If additional space is needed, attach a separate piece of paper)

3. Discount - Only if applicable (See Instructions) — 3. — 462.54

4. Interest — 4.

5. If Line 2 + Line 3 is greater than Line 1 + Line 4, enter the difference. This is the **OVERPAYMENT**. 5. — 5,064.63
   **Complete the OVERPAYMENT Section below**

6. If Line 1 + Line 4 is greater than Line 2 + Line 3, enter the difference. This is the **TAX DUE** — 6.

**OVERPAYMENT: (select one oval)**

Leave overpayment on the account*

Make check payable to:  **REGISTER OF WILLS, AGENT.**

X  Issue a refund of the entire overpayment

Issue a partial refund and leave the remaining amount on the account*     Refund Amount $

**Important:** Estate refunds will be issued in the name of the estate and mailed to the correspondent on file at the time of issuance. If you are unable to cash a refund in the name of the estate or the refund should be mailed to another individual, a representative of the estate may request a change See instructions for additional information.
*The department will maintain an overpayment for only 3 years.*

## MARK ALL OVALS THAT APPLY

1. Decedent made a transfer and:
   a. retained the use or income of the property transferred;.................................................
   b. retained the right to designate who shall use the property transferred or its income;.................
   c. retained a reversionary interest.................................................................
   d. received the promise for life of either payments, benefits, or care.................................
2. If death occurred after Dec. 12, 1982:  Decedent transferred property within one year of death without receiving adequate consideration.................................................
3. Decedent owned an "in trust for" or payable upon death bank account or security at his or her death..........
4. Decedent owned an individual retirement account, annuity, or other non-probate property which contains a beneficiary designation.................................................

**IF ANY OVALS ARE MARKED, YOU MUST COMPLETE SCHEDULE G AND FILE IT AS PART OF THE RETURN.**

1505624345

1505624345

**PAGE 3**

Rev-1502 EX+ (10-15)

# SCHEDULE A
## REAL ESTATE

**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

| ESTATE OF | FILE NUMBER |
|---|---|
| Sommerville, Teresa | 04-24-0899 |

All real property owned solely or as a tenant in common must be reported at fair market value. Fair market value is defined as the price at which property would be exchanged between a willing buyer and a willing seller, neither being compelled to buy or sell, both having reasonable knowledge of the relevant facts. Real property that is jointly-owned with right of survivorship must be disclosed on schedule F.

| ITEM NUMBER | Attach a copy of the settlement sheet if the property has been sold<br>Include a copy of the deed showing decedent's interest if owned as tenant in common.<br>DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1 | Real Estate - Address: 124 Zeigler Road, Rochester, Butler County, PA 15074<br>Proceeds at Closing $181,370.78 + INH Tax Escrow $26,662.59 = $208,033.37<br>Settlement Statement Attached | 208,033.37 |
| | **TOTAL (Also enter on Line 1, Recapitulation)** | 208,033.37 |

(If more space is needed, additional pages of the same size)

Copyright (c) 2015 form software only The Lackner Group, Inc.

Form PA-1502 Schedule A (Rev. 10-15)

Rev-1508 EX+ (02-15)

**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

# SCHEDULE E
## CASH, BANK DEPOSITS, & MISC.
## PERSONAL PROPERTY

**ESTATE OF**

Sommerville, Teresa

**FILE NUMBER**
04-24-0899

Include the proceeds of litigation and the date the proceeds were received by the estate.
All property jointly-owned with the right of survivorship must be disclosed on schedule F.

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1 | Charles Schwab - Account: 5631-6173 | 28,076.00 |
| 2 | UBS - Account Number: RD F-4039XO<br>Account Type: Company Sponsored Stock Plan<br>Account Owner: Teresa Sommerville | 3,247.00 |
| 3 | USX Credit Union - Account Number: 0100343219 | 4,901.00 |
| 4 | Vehicle -<br>Jeep Grand Cherokee, 2017<br>KBB price: $8000 | 8,000.00 |
| | **TOTAL (Also enter on Line 5, Recapitulation)** | 44,224.00 |

(If more space is needed, additional pages of the same size)

Copyright (c) 2015 form software only The Lackner Group, Inc.

Form PA-1508 Schedule E (Rev. 02-15)

pennsylvania (EX+) MOD 03-19
DEPARTMENT OF REVENUE    1509019101

**REV-1509**
Bureau of Individual Taxes
PO BOX 280601
Harrisburg, PA  17128-0601

# SCHEDULE F
## JOINTLY-OWNED PROPERTY

| ESTATE OF | FILE NUMBER |
|---|---|
| Sommerville, Teresa | 04-24-0899 |

f an asset was made joint within one year of the decedent's date of death, it must be reported on schedule G

| | SURVIVING JOINT TENANT(S) NAME(S) | ADDRESS | RELATIONSHIP TO DECEDENT |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |

**JOINTLY OWNED PROPERTY:**

| ITEM NUMBER | LETTER FOR JOINT TENANT | LAST 4 DIGITS OF BANK ACCOUNT# | DATE MADE JOINT | DESCRIPTION OF PROPERTY<br>NAME OF FINANCIAL INSTITUTION<br>ATTACH DEED FOR JOINTLY HELD REAL ESTATE | DATE OF DEATH VALUE OF ASSET | % OF DECD'S INTEREST | DATE OF DEATH VALUE OF DECEDENT'S INTEREST |
|---|---|---|---|---|---|---|---|
| 1 | | | | Real Estate - Clarion County<br>Jointly owned by Decedent and<br>Decedent's sister as Tenants in Common<br>Tax Parcel 18.03.2-039-000<br>ASM value is $3,000 CLR is 7.69 =<br>$23,070.00 /2 = 11,535 taxable value | 23,070.00 | 50.000% | 11,535.00 |

| TOTAL (Also enter on Line 6, Recapitulation) | 11,535.00 |
|---|---|

Copyright (c) 2019 form software only The Lackner Group, Inc.

If more space is needed, use an additional Schedule F.

Form **PA-1509** Schedule F (Rev. 03-19)



1509019101                                      1509019101

REV-1511 EX+ (10-15)

| **pennsylvania**<br>DEPARTMENT OF REVENUE<br>INHERITANCE TAX RETURN<br>RESIDENT DECEDENT | **SCHEDULE H**<br>**FUNERAL EXPENSES AND**<br>**ADMINISTRATIVE COSTS** |
|---|---|

**ESTATE OF**

Sommerville, Teresa

**FILE NUMBER**
04-24-0899

Decedent's debts must be reported on Schedule I.

| ITEM NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|
| **A.** | **FUNERAL EXPENSES:** | |
| | See continuation schedule(s) attached | 14,780.00 |
| **B.** | **ADMINISTRATIVE COSTS:** | |
| 1. | Personal Representative's Commissions<br>Name of Personal Representative(s)<br><br>Street Address _____<br>City _____ State _____ Zip _____<br>Year(s) Commission Paid _____ | |
| 2. | Attorney's Fees    **Lope Casker & Casker** | 10,000.00 |
| 3. | Family Exemption: (If decedent's address is not the same as claimant's, attach explanation)<br>Claimant _____<br>Street Address _____<br>City _____ State _____ Zip _____<br>Relationship of Claimant to Decedent _____ | |
| 4. | Probate Fees | 450.00 |
| 5. | Accountant's Fees | |
| 6. | Tax Return Preparer's Fees | |
| 7. | Other Administrative Costs<br>**See continuation schedule(s) attached** | 328.00 |
| | **TOTAL** (Also enter on line 9, Recapitulation] | 25,558.00 |

Copyright (c) 2015 form software only The Lackner Group, Inc.

Form **PA-1500** Schedule H (Rev. 10-15)

# SCHEDULE H
## FUNERAL EXPENSES AND ADMINISTRATIVE COSTS
### continued

| ESTATE OF | FILE NUMBER |
|---|---|
| Sommerville, Teresa | 04-24-0899 |

| ITEM NUMBER | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | **Funeral Expenses** | | |
| 1 | Boylan Funeral Home | | 9,780.00 |
| 2 | Clarion Monument - Tombstone | | 5,000.00 |
| | | H-A | 14,780.00 |
| | **Other Administrative Costs** | | |
| 3 | Beaver County Times and Legal Journal - Advertising | | 300.00 |
| 4 | PNC Bank - Checks for Estate Account | | 28.00 |
| | | H-B7 | 328.00 |

Copyright (c) 2002 form software only The Lackner Group, Inc.                    Form PA-1500 Schedule H (Rev. 6-98)

Rev-1512 EX+ (02-15)

**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

# SCHEDULE I
## DEBTS OF DECEDENT,
## MORTGAGE LIABILITIES AND LIENS

**ESTATE OF**
Sommerville, Teresa

**FILE NUMBER**
04-24-0899

Report debts incurred by the decedent prior to death that remained unpaid at the date of death, including unreimbursed medical expenses.

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 1 | AAA East Central | 186.00 |
| 2 | Armstrong Cable | 425.00 |
| 3 | Costco | 159.00 |
| 4 | Costco Citi Visa - Account No.: xxxxxx4450 | 14,164.00 |
| 5 | DCM Services - Reference Number: 88044821<br>Creditor: UPMC Passavant<br>Creditor Invoice No.: xxxxxx1105 | 1,223.00 |
| 6 | DCM Services - Reference Nos.: 87966394<br>Creditor: University of Pittsburgh Physicians | 5,547.00 |
| 7 | Duquesne Light - Electric Bills for Residnece prior to sale | 259.00 |
| 8 | Express Scripts -<br>Account No.: 65-065554172 | 6.00 |
| 9 | Fortiva -<br>Account No.: xxxx xxxx xxxx 6548 | 3,745.00 |
| 10 | Graniteblu | 100.00 |
| 11 | Harriet Carter | 237.00 |
| 12 | HSN | 906.00 |
| 13 | Internal Revenue Service -<br>2023 Tax Due<br>ID No.: 427933 | 137.00 |
| 14 | JM Handiwork - Repairs at residence to prepare for sale | 676.00 |
| | **Total of Continuation Schedule** | See attached page |
| | **TOTAL (Also enter on Line 10, Recapitulation)** | 32,662.00 |

(If more space is needed, additional pages of the same size)

Copyright (c) 2015 form software only The Lackner Group, Inc.

Form **PA-1512** Schedule I (Rev. 02-15)

Rev-1512 EX+ (02-15)

**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE I
### DEBTS OF DECEDENT,
### MORTGAGE LIABILITIES AND LIENS
### continued

**ESTATE OF**   Sommerville, Teresa

**FILE NUMBER**
04-24-0899

| ITEM NUMBER | DESCRIPTION | VALUE AT DATE OF DEATH |
|---|---|---|
| 15 | Joseph Brunner - 3 dumpsters to prepare residence for sale | 1,600.00 |
| 16 | Junk King - Removal of Electronics from residence | 250.00 |
| 17 | Meaningful Beauty - Account No.: 7782080 | 106.00 |
| 18 | Orkin | 144.00 |
| 19 | RMS - Account Number: 520012E+11 Creditor: Erie Insurance | 236.00 |
| 20 | Sears - Account Number: 58696600 Account Type: Home Warranty | 351.00 |
| 21 | TJX - Account No.: 5243-6630-0132-8047 | 555.00 |
| 22 | US Acute Solutions - Account No.: 23441004 Creditor: Wexford Hospital | 1,650.00 |
| | **TOTAL** (Also enter on Line 10, Recapitulation) | 32,662.00 |

Copyright (c) 2015 form software only The Lackner Group, Inc.

Form **PA-1500** Schedule I (Rev. 02-15)

REV-1513 EX+ (02-15)

**pennsylvania**
DEPARTMENT OF REVENUE
INHERITANCE TAX RETURN
RESIDENT DECEDENT

## SCHEDULE J
### BENEFICIARIES

| ESTATE OF | FILE NUMBER |
|---|---|
| Sommerville, Teresa | 04-24-0899 |

| NUMBER | NAME AND ADDRESS OF PERSON(S) RECEIVING PROPERTY | RELATIONSHIP TO DECEDENT Do Not List Trustee(s) | SHARE OF ESTATE (Words) | AMOUNT OF ESTATE ($$$) |
|---|---|---|---|---|
| I. | TAXABLE DISTRIBUTIONS  [include outright spousal distributions, and transfers under Sec. 9116(a)(1.2)] | | | |
| | Rachel Figueras 1802 Pointe View Drive Mars, PA 16046 | Daughter | one-half of the Residue | |
| | Ryan Johnson 56 Blackbun Pl Ventura, CA 93004 | Son | one-half of the residue | |
| | | | Total | |

Enter dollar amounts for distributions shown above on lines 15 through 18 on Rev 1500 cover sheet, as appropriate.

| II. | NON-TAXABLE DISTRIBUTIONS: A. SPOUSAL DISTRIBUTIONS UNDER SECTION 9113 FOR WHICH AN ELECTION TO TAX IS NOT TAKEN | |
|---|---|---|
| | B. CHARITABLE AND GOVERNMENTAL DISTRIBUTIONS | |

**TOTAL OF PART II - ENTER TOTAL NON-TAXABLE DISTRIBUTIONS ON LINE 13 OF REV-1500 COVER SHEET**

Copyright (c) 2015 form software only The Lackner Group, Inc.

Form **PA-1500** Schedule J (Rev. 02-15)

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Hammonds & Co.**
**ALTA Universal ID:**
**800 Cranberry Woods Drive, Suite 100**
**Cranberry Township, PA 16066**

| | |
|---|---|
| File No./Escrow No.: | 24-1137 |
| Print Date & Time: | December 11, 2024 6:39 pm |
| Officer/Escrow Officer: | Hailey Ball |
| Settlement Location: | 800 Cranberry Woods Drive, Suite 100 |
| | Cranberry Township, PA 16066 |
| Property Address: | 124 Zeigler Road |
| | Rochester, PA 15074 |
| Borrower: | Justin Maxin and JoAnn Maxin |
| | 454 Virginia Ave |
| | Rochester, PA 15074 |
| Seller: | Rachel Figueras, Administratrix of the Estate Teresa Sommerville a/k/a Teresa E. Sommerville, deceased |
| | 124 Zeigler Road |
| | Rochester, PA 15074 |
| Lender: | Guaranteed Rate Affinity, LLC |
| Settlement Date : | December 12, 2024 |
| Disbursement Date : | December 12, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Lender Credits  from Guaranteed Rate Affinity, LLC | | 25.00 |
| | 395,000.00 | Sale Price of Property | 395,000.00 | |
| | | Deposit | | 4,000.00 |
| | | Loan Amount | | 387,845.00 |
| 2,000.00 | | Seller Credit | | 2,000.00 |
| | | **Prorations/Adjustments** | | |
| | 46.26 | Local Taxes 12/12/24-12/31/24 | 46.26 | |
| | 86.79 | County Taxes 12/12/24-12/31/24 | 86.79 | |
| | 2,124.25 | School Taxes 12/12/24-06/30/25 | 2,124.25 | |
| | 3.93 | Annual Stormwater 12/12/24-12/31/24 | 3.93 | |

Copyright 2015 American Land Title Association
All rights reserved

File # 24-1137/87
Printed on 12/11/24 at 6:39:17 PM by Hailey Ball

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| | | **Loan Charges to Guaranteed Rate Affinity, LLC** | | |
| | | % of Loan Amount (Points) | 1,551.38 | |
| | | Application Fee<br>  $150.00 paid outside closing by Borrower | | |
| | | Lender Fees | 1,490.00 | |
| | | Appraisal Fee<br>  $625.00 paid outside closing by Borrower | | |
| | | Credit Report | 75.00 | |
| | | Credit Technology and Verification<br>  $50.00 paid by Guaranteed Rate Affinity,<br>  LLC on behalf of Borrower | 150.00 | |
| | | Mortgage Insurance Premium | 6,670.56 | |
| | | Tract Search Fee | 150.00 | |
| | | Prepaid Interest<br>  Guaranteed Rate Affinity, LLC | 1,328.20 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to Guaranteed Rate<br>Affinity, LLC<br>  3.000 Months at $149.67/month | 449.01 | |
| | | Property Taxes to Guaranteed Rate Affinity,<br>LLC<br>  11.000 Months at $132.36/month | 1,455.96 | |
| | | City Tax to Guaranteed Rate Affinity, LLC<br>  11.000 Months at $70.33/month | 773.63 | |
| | | School Taxes-Impound to Guaranteed Rate<br>Affinity, LLC<br>  7.000 Months at $342.61/month | 2,398.27 | |
| | | Aggregate Adjustment to Guaranteed Rate<br>Affinity, LLC | | 2,008.12 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | TIRBOP Endorsement 100 (Covenants,<br>Conditions and Restrictions) to Hammonds &<br>Co. | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey<br>Exception) to Hammonds & Co. | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental<br>Protection Lien - Residential) to Hammonds &<br>Co. | 100.00 | |
| | | Lender's Title Insurance to Hammonds & Co.<br>  Coverage:        $387,845.00<br>  Premium:         $0.00<br>  Version:  ALTA Loan Policy (2021) | | |
| | | Closing Protection Letter to Chicago Title | 125.00 | |

Copyright 2015 American Land Title Association
All rights reserved

File # 24-1137/87
Printed on 12/11/24 at 6:39:17 PM by Hailey Ball

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Insurance Company | | |
| | | Settlement / Courier / Wire / Notary to Hammonds & Co. | 299.00 | |
| | | Owner's Title Insurance to Hammonds & Co. <br> Coverage:        $395,000.00 <br> Premium:        $2,977.15 <br> Version:  ALTA Owner's Policy (2021) | 2,977.15 | |
| 300.00 | | Deed Preparation to Hammonds & Co. | | |
| 35.00 | | Notary Fee to Hammonds & Co. | | |
| 299.00 | | Settlement Fee to Hammonds & Co. | | |
| | | **Commissions** | | |
| 450.00 | | Broker Fee to EXP Realty LLC | | |
| | | Broker Fee to Coldwell Banker Real Estate | 750.00 | |
| 11,850.00 | | Commision - Listing Agent to EXP Realty LLC | | |
| 9,875.00 | | Commission - Selling Agent to Coldwell Banker Real Estate | 0.00 | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Recorder of Deeds | 218.00 | |
| 1,975.00 | | Local Realty Transfer Tax to Recorder of Deeds | 1,975.00 | |
| 1,975.00 | | PA Realty Transfer Tax to Recorder of Deeds | 1,975.00 | |
| | | **Payoffs** | | |
| 160,295.28 | | Payoff of First Mortgage Loan to Midland Mortgage | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Bedford Grange <br> 12 months | 1,796.00 | |
| 905.00 | | Home Warranty to American Home Shield | 10.77 | |
| 1,000.00 | | Stormwater Escrow to Held by H&Co. | | |
| 25.00 | | Reimburse Courier - Payoff to Hammonds & Co. | | |
| 141.00 | | Reimburse Tax Certifications & Municipal Lien Letters to Hammonds & Co. | | |
| 37.29 | | Reimbursement for Parts to Jeff Lunderstadt | | |
| 40.38 | | Reimbursement for Well Cap to Jeff Lunderstadt | | |
| 26,662.50 | | PA Inheritance Tax (4.5% x 1.5) to Held By | | |

Copyright 2015 American Land Title Association
All rights reserved

File # 24-1137/87
Printed on 12/11/24 at 6:39:17 PM by Hailey Ball

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
| | | Miscellaneous (continued) | | |
| | | H&Co. | | |

| Seller | | | Borrower | |
| Debit | Credit | | Debit | Credit |
| 217,865.45 | 397,261.23 | Subtotals | 424,179.16 | 395,878.12 |
| | | Due from Borrower | | 28,301.04 |
| 179,395.78 | | Due to Seller | | |
| 397,261.23 | 397,261.23 | Totals | 424,179.16 | 424,179.16 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Hammonds & Co. to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Justin Maxin

_____
JoAnn Maxin

Seller

Estate of Teresa E. Sommerville, deceased

BY:_____
  Rachel L. St Germain-Figueras
  Executrix

_____
Hailey Ball

Copyright 2015 American Land Title Association
All rights reserved

File # 24-1137/87
Printed on 12/11/24 at 6:39:17 PM by Hailey Ball

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | Miscellaneous (continued) | | |
| | | H&Co. | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 215,890.45 | 397,261.23 | Subtotals | 424,179.16 | 395,878.12 |
| | | Due from Borrower | | 28,301.04 |
| 181,370.78 | | Due to Seller | | |
| 397,261.23 | 397,261.23 | Totals | 424,179.16 | 424,179.16 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Hammonds & Co. to cause the funds to be disbursed in accordance with this statement.

Borrower

_____

Justin Maxin

_____

JoAnn Maxin

Seller

Estate of Teresa E. Sommerville, deceased

BY: _____
Rachel L. St Germain-Figueras
Executrix

_____

Hailey Ball

Copyright 2015 American Land Title Association
All rights reserved

Page 4 of 4

File # 24-1137/94
Printed on 12/12/24 at 12:11:52 PM by Katie Palmer