**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| Rachel St. Germaine-Figueras | ) | Case No.  23-21548-GLT |
| _____ | ) | Motion No. RAB-1 |
| Rachel St. Germaine-Figueras | ) | |
|     Debtor | ) | |
| v.                          . | ) | Chapter 13 |
| BANK OF AMERICA | | |
| Brian St Germain-Figueras | | |
| CAPITAL ONE | | |
| CHRYLSER CAPITAL | | |
| DIAMOND RESORTS | | |
| FIRST PREMIER BANK | | |
| FREEDOM MORTGAGE | | |
| FREEDON DEBT RELIEF | | |
| JPMCB CARD | | |
| MACY'S CITIBANK | | |
| PNC | | |
| SYNCB/LEVIN FURNITURE | | |
| VERIZON | | |
|     Creditors/Respondent | ) | Hearing date 4/01/26@ 10:00am |
| | ) | Response Deadline 3/27/26 |
| | ) | |
| Ronda Winnecour | ) | |
|     Trustee/Respondent | ) | |

## CERTIFICATE OF NO OBJECTION
## ON THE MOTION TO AUTHORIZE SETTLEMENT AND DISTRIBUTION OF ESTATE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _3/10/26___ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ___3/27/26____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

BURDELSKI LAW OFFICES

DATE__3/28/26

__/s/Russell A. Burdelski, Esquire_____
R. Burdelski, Esquire PA I.D. # 72688
Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366-1511
Russ@BurdelskiLaw.com