IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/30/26 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | |
| Rachel St. Germaine-Figueras | ) | Case No.  23-21548-GLT |
| _____ | ) | Motion No. RAB-1 |
| Rachel St. Germaine-Figueras | ) | |
| Debtor | ) | |
| v.              . | ) | Chapter 13 |
| BANK OF AMERICA | | |
| Brian St Germain-Figueras | | |
| CAPITAL ONE | | |
| CHRYLSER CAPITAL | | |
| DIAMOND RESORTS | | |
| FIRST PREMIER BANK | | |
| FREEDOM MORTGAGE | | |
| FREEDON DEBT RELIEF | | |
| JPMCB CARD | | |
| MACY'S CITIBANK | | |
| PNC | | |
| SYNCB/LEVIN FURNITURE | | |
| VERIZON | | |
| Creditors/Respondent | ) | Hearing date 4/01/26@ 10:00am |
| | ) | Response Deadline 3/27/26 |
| Ronda Winnecour | ) | |
| Trustee/Respondent | ) | Related to Docket No. 67 |

ORDER OF COURT

AND NOW, to wit, this __ 30th Day of March, 2026   That upon consideration

of the *Motion to Authorize Settlement for Distribution of Estate* [Dkt. No. 67], and in the absence of any

timely objection and for good cause shown, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that

the Motion is **GRANTED.** The Debtor and her bankruptcy estate has an interest in her deceased mother's

estate. The total amount of the decedent's estate is $252,257.37 less $10,000 in counsel fees and $750 in

costs owed to Steven Casker, Esq. of Lope Casker Law Offices, leaving a residual balance of $241,501.37

to be equally divided between the Debtor and her brother. The value of the Debtor's 1/2 interest is

$120,750.68. Considering that the Debtor is claiming a wildcard exemption of $5,943.75, the balance of

the Debtor's interest in her mother's estate, which is at least $114,806.93, shall be turned over to the

chapter 13 trustee, Ronda J. Winnecour, earmarked as additional plan funding for the benefit of general

unsecured creditors, and shall be disbursed under the terms of the Debtor's confirmed chapter 13 plan.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 23-21548-GLT

Rachel L. St. Germain-Figueras                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rachel L. St. Germain-Figueras, 1802 Pointe View Drive, Mars, PA 16046-8923 |
| sp | + | Steven Casker, Lope Casker Law Offices, 207 E. Grandview Avenue, Zelienople, PA 16063-1134 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Freedom Mortgage Corporation mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew Fissel | |
| | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Mar 30, 2026                                Form ID: pdf900                              Total Noticed: 2

cmecf@chapter13trusteewdpa.com

Russell A. Burdelski

on behalf of Spec. Counsel Steven Casker Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski

on behalf of Debtor Rachel L. St. Germain-Figueras Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

TOTAL: 8