IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/13/26 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | |
| Rachel St. Germaine-Figueras | ) | Case No.  23-21548-GLT |
| _____ | ) | Motion No. RAB-1 |
| Rachel St. Germaine-Figueras | ) | |
|   Debtor | ) | |
| v.                      . | ) | Chapter 13 |
| BANK OF AMERICA | | |
| Brian St Germain-Figueras | | |
| CAPITAL ONE | | |
| CHRYLSER CAPITAL | | |
| DIAMOND RESORTS | | |
| FIRST PREMIER BANK | | |
| FREEDOM MORTGAGE | | |
| FREEDON DEBT RELIEF | | |
| JPMCB CARD | | |
| MACY'S CITIBANK | | |
| PNC | | |
| SYNCB/LEVIN FURNITURE | | |
| VERIZON | | |
|   Creditors/Respondent | ) | Hearing date 4/01/26@ 10:00am |
| | ) | Response Deadline 3/27/26 |
| Ronda Winnecour | ) | |
|   Trustee/Respondent | ) |   Related to Docket No. 67 |

## AMENDED ORDER OF COURT

AND NOW, to wit, this __ 13th Day of April        That upon consideration

of the *Amended Motion to Authorize Settlement for Distribution of Estate* [Dkt. No. 67], and in

the absence of any timely objection and for good cause shown, it is hereby **ORDERED**,

**ADJUDGED, and DECREED** that the Motion is **GRANTED**. The Debtor and her bankruptcy

estate has an interest in her deceased mother's estate. The total amount of the decedent's estate is

$205,572.37 [$216,322.40] less $10,000 in counsel fees and $750 in costs owed to Steven

Casker, Esq. of Lope Casker Law Offices, and $9,250.76 in inheritance tax, leaving a residual

balance of approximately $196,321.81 to be equally divided between the Debtor and her brother.

The value of the Debtor's 1/2 interest is approximately $98,161. Considering that the Debtor is

claiming a wildcard exemption of $5,943.75, the balance of the Debtor's interest in her mother's

estate, which is at least $92,217.25, shall be turned over to the chapter 13 trustee, Ronda J.

Winnecour, earmarked as additional plan funding for the benefit of general unsecured

creditors, and shall be disbursed under the terms of the Debtor's confirmed chapter 13

plan.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Rachel L. St. Germain-Figueras

    Debtor

Case No. 23-21548-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rachel L. St. Germain-Figueras, 1802 Pointe View Drive, Mars, PA 16046-8923 |
| sp | + Steven Casker, Lope Casker Law Offices, 207 E. Grandview Avenue, Zelienople, PA 16063-1134 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Spec. Counsel Steven Casker Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |

District/off: 0315-2                        User: auto                                   Page 2 of 2
Date Rcvd: Apr 13, 2026                     Form ID: pdf900                              Total Noticed: 2

Russell A. Burdelski
                    on behalf of Debtor Rachel L. St. Germain-Figueras Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

TOTAL: 7