**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

06/12/2026

IN RE:

RACHEL L. ST. GERMAIN-FIGUERAS                    Case No.23-21548 GLT
1802 POINTE VIEW DRIVE
MARS,  PA  16046-8923                              Chapter 13
XXX-XX-5372          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/12/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **GRB LAW**\*\* | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** | Trustee Claim Number:2   INT %: 9.00% | CRED DESC:  VEHICLE |
| PO BOX 961278 | Court Claim Number:1 | ACCOUNT NO.:  0280 |
| | CLAIM:  7,992.21 | |
| FT WORTH, TX  76161 | COMMENT:  $/CL-PL@9%/PL | |

| | | |
|---|---|---|
| **CITIBANK**\*\* | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.:  8291 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-6214 | COMMENT:  NT ADR~TIMESHARE/SCH*SURR/PL | |

| | | |
|---|---|---|
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY DEPT-PAYMENT PROCESSII | Court Claim Number:8 | ACCOUNT NO.:  1624 |
| 11988 EXIT 5 PKWY BLDG 4 | CLAIM:  0.00 | |
| FISHERS, IN  46037-7939 | COMMENT:  PMT/DECL*DKT4LMT-PMT*SEEKING LMP*BGN 8/23 | |

| | | |
|---|---|---|
| **BANK OF AMERICA**\*\* | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| RETAIL PAYMENT SERVICES | Court Claim Number: | ACCOUNT NO.:  0713 |
| PO BOX 660933 | CLAIM:  0.00 | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  9228 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  9346 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  5448 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  8968 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **FIRST PREMIER BANK** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 5114 | Court Claim Number: | ACCOUNT NO.:  8798 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NT ADR/SCH | |

CLAIM RECORDS

| FREEDOM DEBT RELIEF | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 1875 SOUTH GRANT ST STE 400 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SAN MATEO, CA  94402 | COMMENT: | |

| JPMORGAN CHASE BANK NA | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  7039 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR/SCH | |

| CITIBANK** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 6241 | Court Claim Number: | ACCOUNT NO.:  0972 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-6214 | COMMENT:  NT ADR~MACYS/SCH | |

| PNC BANK NA | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 94982 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT:  NT ADR/SCH | |

| JEFFERSON CAPITAL SYSTEMS LLC(*) | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:7 | ACCOUNT NO.:  1571 |
| | CLAIM:  3,825.98 | |
| CHICAGO, IL  60677-2813 | COMMENT:  2990~LEVIN/SCH*PAYPAL | |

| AMERICAN INFOSOURCE LP AGENT FOR VERIZ | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT ADR/SCH | |

| BRIAN ST GERMAN-FIGUERAS | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 117 PENN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HATFIELD, PA  19440 | COMMENT:  /SCH H | |

| CW NEXUS CREDIT CARD HOLDINGS I LLC | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:2 | ACCOUNT NO.:  2530 |
| PO BOX 10368 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603 | COMMENT:  NT/SCH*MERRICK*STALE CL @ 1035.97 W/D-D 21*OE~D 22 | |

| LVNV FUNDING LLC | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:3 | ACCOUNT NO.:  7413 |
| PO BOX 10587 | | |
| | CLAIM:  177.41 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CREDIT ONE | |

| BROCK & SCOTT PLLC* | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 3825 FORRESTGATE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WINSTON SALEM, NC  27103 | COMMENT:  @OBJ/CONF | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:5 | ACCOUNT NO.:  0001 |
| | CLAIM:  388.14 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR GALAXY** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:4 | ACCOUNT NO.:  9667 |
| PO BOX 2489 | | |
| | CLAIM:  503.66 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  NT/SCH*TBOM | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:6 | ACCOUNT NO.:  5372 |
| PO BOX 1123 | | |
| | CLAIM:  1,077.95 | |
| MINNEAPOLIS, MN  55440 | COMMENT: | |

| | | |
|---|---|---|
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY DEPT-PAYMENT PROCESSI | Court Claim Number:8 | ACCOUNT NO.:  1624 |
| 11988 EXIT 5 PKWY BLDG 4 | | |
| | CLAIM:  89,962.92 | |
| FISHERS, IN  46037-7939 | COMMENT:  $0/PL*SEEKING LMP*THRU 7/23 | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:9-2 | ACCOUNT NO.:  9124 |
| | CLAIM:  3,016.98 | |
| NORFOLK, VA  23541 | COMMENT:  NT/SCH*BARCLAY'S*AMD | |